# Buckely Madole, PC

14841 Dallas Parkway, Suite 300  ♦  Dallas, Texas 75254  ♦  (972) 643-6600  ♦  (972) 643-6698 (Fax)

October 22, 2015

**FILED**

**NOV 04 2015**

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

Clerk
UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION
7th Floor, Old Post Office Building
201 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102

RE:  Our Client:   Kubota Credit Corporation
     Debtors:      Aubrey Jay Miller and Shirley Ann Miller
     Case No.:     15-11394
     Collateral    KUBOTA ZG222A-48, VIN: 50159
     Our File No.: 2380-N-2528

Dear Clerk:

Please let the enclosed letter serve as notice of the rescission of the Reaffirmation Agreement, docket number 27, filed on 6/9/15, for the amount of $2,574.07 entered into by the parties listed above.

Please file the Notice of Rescission in the Court's file.

Thank you in advance for your assistance.

Very truly yours,

Cheryl S. Dixon
Cheryl S. Pixen

Enclosure

# **National Bankruptcy Services, LLC**

14841 Dallas Parkway, Suite 300   ♦   Dallas, Texas 75254   ♦   (972) 643-6600   ♦   (972) 643-6698 (Fax)

October 22, 2015

Clerk
UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION
7th Floor, Old Post Office Building, 201 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102

|   |   |   |
|---|---|---|
| RE: | Our Client: | Kubota Credit Corporation |
|   | Debtors: | Aubrey Jay Miller and Shirley Ann Miller |
|   | Case No.: | 15-11394 |
|   | Collateral | KUBOTA ZG222A-48, VIN: 50159 |
|   | Our File No.: | 2380-N-2528 |

Dear Deborah H. Hupfer:

    Your clients entered into a reaffirmation agreement with the above-referenced creditor. Please let this letter serve as notice of the rescission of the reaffirmation agreement entered into in regards to the above-referenced case and collateral. Kubota Credit Corporation shall treat the Debtor's account as NOT REAFFIRMED.

    Your clients may continue to make payments to Kubota Credit Corporation without a reaffirmation agreement. Kubota Credit Corporation will treat those payments as being entirely voluntary.

    If you have any questions, please do not hesitate to contact us.

Very truly yours,

*Chris Hoff*

Processor
Bankruptcy Services
Phone:   (214) 550-4078
Fax:      (214) 550-4033
Email:   tal@bkcylaw.com